**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Julian Van Cole, | No. CV-26-02247-PHX-JAT |
| Plaintiff, | **ORDER** |
| v. | |
| Newrez LLC, et al., | |
| Defendants. | |

Defendant removed this case to federal court on April 2, 2026. In violation of Local Rule Civil 3.6(b), Defendant did not include the entire state court record. As a result, this Court has been unable to review all prior filings in this case.

As far as the Court can ascertain, a Trustee sale of Plaintiff's property was set for March 24, 2026. (Doc. 1-3 at 131). On March 20, 2026, Plaintiff filed a motion for temporary restraining order and preliminary injunction in superior court. (Doc. 1-3 at 134). It appears that the superior court granted a temporary retraining order on March 23, 2026. (*Id*.). It further appears that a hearing on the motion for preliminary injunction was set in superior court for April 3, 2026, at 11:00 a.m. (*Id*.).

Because the Court does not have the full record, or a copy of the pending motion, the Court cannot proceed with the hearing as scheduled. As a result,

**IT IS ORDERED** that the Temporary Restraining Order entered by the Superior Court Judge is extended until it is vacated by this Court.

**IT IS FURTHER ORDERED** that the hearing set for April 3, 2026, at 11:00 a.m.

is vacated.

**IT IS FURTHER ORDERED** that Defendant must comply with Local Rule 3.6(b) in full by April 9, 2026.

**IT IS FURTHER ORDERED** that Defendant must supplement the notice of removal by April 9, 2026, to include all members of all limited liability companies.[1]

Dated this 2nd day of April, 2026.

_____
James A. Teilborg
Senior United States District Judge

---

[1] Defendant cannot treat NRM Acquisitions LLC and NRM Acquisitions II LLC as a single entity. (*See* Doc. 1 at 4 ("NewRezHoldings' sole members are NRM Acquisitions LLC and NRM Acquisitions II LLC, … (together, "NRM Acquisitions"). NRM Acquisitions' sole member is New Residential Mortgage LLC.")).

- 2 -